UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Ralph WBaker JR Plaintiff,                    1:22-civ- 07986

- against -                                    **DEFAULT JUDGMENT**

Plan-B Entertainment et-al Defendant.

------------------------------------x

This action having commenced on September 22, 2022 by the filing of the Summons on Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Plan-B Entertainment, on September 30, 2022, by Andre Singleton for Lawson Legal Services ("LLS"), personal service on Gina Torres as Building Messenger Center Agent, and a proof of service having been filed on October 28, 2022 and the defendant not having answered the Complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $150,000 with interest at 20% from October 22, 2022 amounting to $0 plus costs and disbursements of this action in the amount of $53,445,000 amounting in all to $53,595,000.

Dated: New York, New York

_____

U.S.D.J.

This document was entered on the docket on

_____