UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH W. BAKER, JR.,

                Plaintiff,

-v-

TA-NEHISI P. COATES, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7986 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 106) for an extension of time to oppose Defendants' motions to dismiss (ECF Nos. 89, 91, 96 (the "Motions")) is GRANTED, and the Court orders as follows:

1. By **January 20, 2023**, Plaintiff shall file a single opposition to the Motions no longer than thirty-five (35) pages.

2. By **February 17, 2023**, Defendants shall file their replies, if any.

Dated:      New York, New York
              December 21, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**