UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH W. BAKER, JR.,

                Plaintiff,

-v-

TA-NEHISI P. COATES, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7986 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 109 (the "Request")) for "an extension of time to serve defendants in this case" is GRANTED IN PART and DENIED IN PART as follows:

1. The Request is GRANTED as to defendants Ta-Nehisi Coates, BCL Literary, Inc., Kenyatta Matthews, The Walt Disney Company, and The Atlantic Monthly Group (together, the "Consenting Defendants"), given their consent to accept service through their counsel, Davis Wright Tremaine LLP ("DWT"). (ECF No. 119 at 1). By **January 30, 2023**, Plaintiff shall email copies of the Summons and Complaint to DWT attorney Linda Steinmann, which shall constitute effective service on the Consenting Defendants.

2. The Request is otherwise DENIED WITHOUT PREJUDICE to renewal, if appropriate and on a showing of good cause, following the Court's resolution of Defendants' motions to dismiss the Complaint (see ECF Nos. 89, 91, 96, 114).

Dated:    New York, New York
            January 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**