# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2023

Ralph W. Baker JR

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:22CV07986 ( )( )

-against-

**NOTICE OF APPEAL**

Ta-Nehisi Coates, et al.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Ralph W. Baker JR

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: September 27, 2023

(date that judgment or order was entered on docket)

that: the Report and Recommendation dated July 26 2023 by Sarah L. Cave (ECF No. 145) is Adopted.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/19/23
Dated

Ralph W. Baker
Signature

Baker, Ralph W.
Name (Last, First, MI)

112 South Elliott Place Brooklyn NY 11217
Address / City / State / Zip Code

917 697-8168
Telephone Number

ralphbakerjr@msn.com
E-mail Address (if available)

10/19/23 AF

$505.00

Receipt: 22402

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# U.S. District Court

## New York Southern - Manhattan

RALPH W BAKER JR                                                    Receipt Date: Oct 19, 2023 11:46AM

Rcpt. No: 22402        Trans. Date: Oct 19, 2023 11:46AM        Cashier ID: #AF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $505.00 |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 22CV7986 JPO SLC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.